IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:25-CT-03026-BO

| | |
|---|---|
| DEBORAH NEWELL, as the Administrator of the Estate of William Brandon Range, <br><br>*Plaintiff*, <br><br>v. <br><br>SHANNON MAPLES and STEVEN TUBBS, <br><br>*Defendants*. | **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Deborah Newell hereby notices the dismissal of the above-captioned action. The dismissal is without prejudice, and Plaintiff expressly reserves the right to commence a new action including any and all dismissed claims. *See* Fed. R. Civ. P. 41(a)(1)(B).

This the 23rd of October, 2025.

PATTERSON HARKAVY LLP

/s/ Christopher A. Brook
Christopher A. Brook, NC Bar No. 33838
Patterson Harkavy LLP
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
Tel: 919-942-5200
Fax: 866-397-8671
E-mail: cbrook@pathlaw.com

*Counsel for Deborah Newell, Administrator of the Estate of William Brandon Range*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed using the CM/ECF system, which will send email notification to the following:

    Laura S. Jenkins
    NC Department of Justice
    PO Box 629
    Raleigh, NC 27602
    ljenkins@ncdoj.gov

    *Counsel for Defendants Maples and Tubbs*

Dated: 23 October 2025

    /s/ Christopher A. Brook
    Christopher A. Brook, NC Bar No. 33838
    Patterson Harkavy LLP
    100 Europa Dr., Suite 420
    Chapel Hill, NC 27517
    Tel: 919-942-5200
    Fax: 866-397-8671
    E-mail: cbrook@pathlaw.com

2

Case 5:25-ct-03026-BO    Document 29    Filed 10/23/25    Page 2 of 2